UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
ARNALDO SALVON,

        Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

        Defendants.
----------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 13-CV-6626 (FB) (RML)

*Appearances:*

| *For the Plaintiff:* | *For the Defendants:* |
|---|---|
| ELLIE AMANDA SILVERMAN, ESQ. | JORGE MARQUEZ, ESQ. |
| Novo Law Firm, PC | New York City Law Department |
| 299 Broadway | 100 Church Street |
| 17th Floor | New York, NY 10007 |
| New York, NY 10007 | |

**BLOCK, Senior District Judge:**

Pending before this Court is Magistrate Judge Robert M. Levy's Report & Recommendation ("R&R"), dated August 9, 2016, recommending that this Court deny Defendant's motion to dismiss this action for lack of prosecution. For the following reasons, the court ADOPTS Magistrate Judge Levy's R&R in its entirety.

**I**

On January 26, 2016, Defendants moved to dismiss this action for lack of prosecution. ECF No. 32. Defendants' allegations focus on a series of delays caused by plaintiff's counsel when he failed to appear at a conference, as well as failed to serve

several defendants in a timely manner.

On April 15, 2016, the undersigned referred plaintiff's motion to Judge Levy for an R&R on whether Defendants' motion should be granted. Judge Levy issued his R&R by electronic order. The R&R reviewed the parties' participation in the litigation and evaluated the number of times that plaintiff and defendants appeared before this Court and the magistrate judge. Magistrate Judge Levy determined that although "plaintiff's counsel could have been more proactive in litigating this case," counsel did not engage in sanctionable conduct, and defendant has not demonstrated prejudice.

In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no timely objections have been made, the court "need only satisfy itself that there is no clear error on the face of the record." *Urena v. New York*, 160 F.Supp.2d 606, 609-10 (SDNY 2001) (internal marks and citation omitted).

Objections were due within fourteen days from the issuance of Magistrate Judge Levy's R&R. The time for filing objections has expired, and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

Upon careful review and consideration, the Court finds Magistrate Judge Levy's R&R to be comprehensive, well-reasoned, and free of clear error, and it ADOPTS the R&R in its entirety.

## II.

For the foregoing reasons, the Court adopts the R&R in its entirety.

**SO ORDERED.**

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 25, 2016